**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **PAMELA ROLAND,**<br>**O/B/O THE ESTATE OF**<br>**KEIONTAY DAVIS**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**WINGATE MANAGEMENT**<br>**COMPANY, LLC,**<br><br>**DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION FILE NO.**<br><br>**1:22-cv-01692-VMC** |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

**COMES NOW**, Plaintiff and Defendant and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice. All parties shall bear their own costs and attorney's fees.

[signatures contained on following page]

This 17th day of September, 2026.

**FINCH MCCRANIE, LLP**

/s/ David H. Bouchard
David H. Bouchard
Georgia Bar No. 712859
Oto U. Ekpo
Georgia Bar No. 327088
W. Carl Lietz, III
Georgia Bar No. 452080
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
Telephone – (404) 658-9070
Facsimile – (404) 688-0649
david@finchmccranie.com
oto@finchmccranie.com
carl@finchmccranie.com

***Attorneys for Plaintiff***

**MARSH, ATKINSON & BRANTLEY, LLC**

/s/ Lee Clayton
Lee Clayton
Georgia Bar No. 601004
Lauren D. Woodrick
Georgia Bar No. 324394
271 17th Street NW
Suite 1600
Atlanta, Georgia 30363
Telephone – (404) 282-5050
Facsimile – (404) 282-3030
lee.clayton@mablawfirm.com
lauren.woodrick@mablawfirm.com

***Attorneys for Defendant***
***Wingate Management Company, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 17th day of September, 2026.

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859

***Attorney for Plaintiff***

**FINCH MCCRANIE, LLP**
229 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30303
404-658-9070; Fax 404-688-0649
david@finchmccranie.com